# 15-Y -0070

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

United States District Court Denver Reference Case Number(s):

2015 NOV -2 AM 10: 43

## A UNITED STATES FIRST AMENDMENT AFFIDAVIT PETITION FOR REDRESS OF GRIEVANCES. COLWELL
(An Affidavit, Citation, and Brief of Information with attached Criminal Complaint and Exhibits)   CLERK

In the matter of: the consensual commercial obligation of the Lien Debtors established by the Lien Debtors' voluntary contract, oath, and acceptance of public compensation, the subsequent breach of that obligation, and the consequent altruistic rebate of that compensation and punitive remedies PAID TO THE ORDER OF the Indestructible Trust for the People in Colorado.

*stephen - john: nalty,* Proxy on behalf of the
*Indestructible Trust for the People in Colorado and*
*a 42 USC 1986 Escrow Proxy for Steve Dean, Byfield*
Public Lien Claimant/Affiant

VS.

*Judge Alfred Conway Harrell, Jr., Mitchell Richard Morrissey,*
*Katherine Virginia Kirk, Patrick Firman,*
*City and County of Denver*
Public Lien Debtor(s)

This is a National Commercial / Military Filing.
**A SECURITY (15 USC)**
THIS IS A U.S.S.E.C. TRACER FLAG
NOT A POINT OF LAW

## 18 USC 4

**CONSENSUAL COMMERCIAL LIEN**
**AN ALTRUISTIC PUBLIC LIEN AGAINST**
**BREACH OF PUBLIC TRUST**

**THIS IS A RELATIVE LIEN MEANING**
**THAT ITS VALUE IS ESTABLISHED**
**RELATIVE TO STATUTE: 18 USC 241**

**AN AFFIDAVIT OF OBLIGATION OF**
**SPECIFIC PERFORMANCE**

**1A Parties:** The Lien Claimant/Affiant is:
*The Indestructible Trust for the People in Colorado, c/o Post Office Box 21233, Denver, Colorado, Zip code exempt DMM 602 § 1.3.e(2)*
*and a 42 USC 1986 Escrow Proxy for Steve Dean, Byfield*
Public Lien Claimant/Affiant
ASSIGNEES/BENEFICIARIES
   This Lien, in the amount of **$2,784,420.81** is a punitive commercial Lien for damages filed:
(1) On behalf of the actual (not proxy) Lien Claimant who is directly injured in Denver County Court.
(2) The Indestructible Trust for the People in Colorado proxy for the People.

**1B. Parties:** Then Lien Debtors are:
   *Judge Alfred Conway Harrell, Jr.,* BAR Registration No. 4013, 520 W. Colfax Avenue 3D, Denver, Colorado 80204
   *Mitchell Richard Morrissey,* BAR Registration No. 13784, 201 W. Colfax Avenue 8th Floor, Denver, Colorado 80202
   *Katherine Virginia Kirk,* BAR Registration No.47721, 201 W. Colfax Avenue 8th Floor, Denver, Colorado 80202
   *Patrick Firman,* Post Office Box 1108, 490 W. Colfax Avenue, Denver, Colorado 80204
   *And City and County of Denver,* c/o Treasurer, Steve Ellington 201 W. Colfax Avenue 10th Floor, Denver, Colorado 80202

### SPECIFIC PERFORMANCE
2. The Lien Debtors have violated the law (U.S. Constitution, etc.) by the following acts or omissions and have breached their commercial contract with The Public / The People thereby:

See the attached Criminal Complaint filed at the United States District Court in Denver on *November 3rd, 2015* is the Affidavit in support of this Lien Violation of this process constitutes accessory to a crime. Any attempt to abridge or defeat or impair this process and release this Lien against the cited Lien Debtors is a felony, publicly punishable by an escalation of this Commercial Process. If the official custodians of this Lien do not honor and protect it, or attempt to tamper with expunge or release it, they will become personally individually liable for all damages which result both commercially and criminally, which could have been prevented by reasonable diligence and lawful behavior pursuant to 42 USC 1986 and 18USC 4,241.

### THIS LIEN VS. CRIME AND AGGRAVATION OF CRIME
3. This Lien is applied for termination of criminal behavior of the cited Lien Debtors and their Accessory Accomplices in this case, by creating a charitable channel for rebating unlawfully disbursed tax monies back to The Public / The People because said Lien Debtors,

**COMMERICAL LIEN (151103.1)**

have been or are engaged in denying the Lien Claimants in Case Numbers 15CW00004 and 15M01412 and The Public / The People their legal and lawful remedies. This Lien is applied to remedy the current situation and to discourage and prevent any future imposition of a violation of the "Peace and Dignity of the State" upon The Public / The People generally. This Lien is known as a Relative Lien because it is appraised, derived and valued at fair market value based on, hence, related top Statute, namely 18 USC 241, with the Lien Claimant(s) acting as a Trust Executor(s) of the Public Trust through an Escrow Account. In contrast, an Absolute Lien is one in which the Ledgered value of debt or damages is appraised, derived and valued by reference to the actual public common market value which would be paid to the Lien Claimant(s) for labor, materials, etc., and would be owed to the Lien Claimant(s) as a Person(s) rather than to The Public / The People generally. Because the large sums / values derived by the statutory method of appraisal represent the damage done to The Public / The People generally rather than the damage done only to the Lien Claimant Party(s), the major share of, say, ninety per cent of this punitive Lien must be rebated to the people or institutions of The Public through legitimate charitable disbursements at the election and control of the Lien Claimant(s) and Damaged Parties who have assumed the hazardous duty of challenging *the corruption of the Lien Debtors by virtue of its financial it support of corruption and crime* (42 USC § 1986 - The Brothers Keeper/Good Samaritan Statute).

CLEAN HANDS/GOOD FAITH LIEN

**This Lien is Not applied for light or transient reasons, Not engaged in for purposes of harassment, and Not engaged in for purposes of impeding or slowing down the court process.**

4. Surety-Property — The Surety Property of this Commercial Lien is any and all property of the Lien Debtors both real and movable, except those survival provisions and keepsakes and wedding rings which are normally exempt in the Lien Process. Refer to an ordinary lien exemption list, such as is presented by the IRS, for further details. The IRS assessment process is a commercial fraud, whereas its collection process with an Affidavit of Assessment would be commercially' lawful. The IRS relies on commerce not Title 26.

4A. Grace – The commercial grace of a Lien process consists of a ninety (90) day (three month – Old Testament Hebrew/Jewish Commerce grace period).

4B. This lien is assessed and attached explicit point for point Constitutional Ledgering, ledgered pursuant to 18 USC 241values, described by the attached Allegations by Affidavit: Criminal Complaint filed on *November 3rd, 2015* and is sworn to be true. correct and complete and not misleading.

4C. See the attached Asseveration filed 10/21/2015 08:06 AM Clerk and Recorders office City and County of Denver.

4D. Conditions for releasing Lien — To obtain a release of this Lien, the Lien Debtor(s) must:
   (1) rebut this Lien by a Counter Affidavit sworn to be true, correct, complete and not misleading,
   (2) pay the amount demanded,
   (3) file a complaint with the Peoples Grand Jury Administration in Colorado c/o Post Office Box 21233, Denver, Colorado, Zip code exempt DMM 602 § 1.3.e(2). The Grand Jury administration will decide if your evidence supports your complaint. If so, they will convene a Grand Jury seeking a true bill.
   (4) pursuant to the Ninth and Tenth Amendments to the Constitution for the United States of America, create a custom-made remedy by Affidavit which the Lien Claimant or any other interested party must then challenge by Counter Affidavit within twenty one (21) days (three weeks—Old Testament Hebrew/Jewish Commerce) grace period.

5. Criminal Certification: I the Affiant/Lien Claimant, certify and affirm that I have grounds to, and do believe, that the above accused Lien Debtors committed the above offenses contrary to law.

General Final Certification: I the Affiant certify and affirm on my own commercial liability that I have read the foregoing and know the content thereof and that, to the best of my knowledge, understanding and belief, it is true, correct, complete and not misleading, *the truth, the whole truth and nothing but the truth.*

(Signature of Affiant / Proxy Lien Claimant) _____ Date 1 Nov 2015

6. Witnesses:   Subscribed and sworn to before me this ___1___ day of __November__, 2015

[signatures and fingerprints]

c/o Post Office Box 21233
Denver, Colorado
Zip Code Exempt
[80221]

**COMMERICAL LIEN (151103.1)**

THE LAW HAS ALWAYS BEEN ON YOUR SIDE - USE IT TO BUILD A BETTER, STRONGER AMERICA.



# UNITED STATES CONSTITUTION CITATION
# CRIMINAL COMPLAINT
## AFFIDAVIT AND BRIEF OF INFORMATION

**THE UNITED STATES** District Court
(DISTRICT COURT, SUPREME COURT, HOUSE OF REPRESENTATIVES, SENATE JUDICIARY COMMITTEE, PRESIDENT, ETC.)

FOR THE DISTRICT OF (State)   Colorado

IN THE COUNTY OF   Denver

| UNITED STATES OF AMERICA | |
|---|---|
| **By** (Plaintiff(s) / Accuser(s)) <br> stephen - john: nalty Proxy on behalf of the <br> Indestructible Trust for the People in Colorado <br> Escrow Proxy for Steve Dean, Byfield <br><br> **VS.** (Defendant(s) / Accused) <br>   Judge Alfred Conway Harrell Jr. <br>   Mitchell Richard Morrissey <br>   Katherine Virginia Kirk <br>   Patrick Firman <br>   City and County of Denver <br><br> **AND ANY UNKNOWN OTHERS.** | **Case Number** <br><br> **Date** <br><br> Citation, Complaint, Affidavit and Brief of Information <br> **Points of Law:** <br> **18 USC 4** <br> **42 USC 1986** <br> **U.S. Const.** <br> **5th Amend.** <br> **Just Comp.** <br> **10th Amend.** <br><br> **18 USC 241,242** |

**All actions required by accusers/plaintiffs of the accused/defendants to avoid the consequences of this Criminal Complaint must present, in affidavit form, all objections by the defendants and must be presented within three months (90 days) from the issuance of this Criminal Complaint.**

**Any actions and /or inactions by the defendants, both named and unnamed, contrary to the lawful Constitution for the united States of America, 1789, will immediately bring the full force of this Criminal Complaint upon them. The above named defendants have broken these Constitutional Laws. This citation concerns the felonies committed according to the lawful Constitution for the united States of America, 1789, and ignores all law in Admiralty (Private Law).**

## Purpose of Criminal Complaint

The officials of the STATE OF COLORADO have and are continuing to violate the Creator endowed unalienable rights secured by the Constitution for the united States of America, 1789 of the People, the private natural men and women, in Colorado who have sovereignty and the right to initiate lawful remedy.

## Statement of Fact

The above named Defendants are accused by this instrument of the offenses of violation of the, herein listed and marked, parts of the Constitution for the united States of America, ratified in 1789, the ORIGINAL and SUPREME Law of the Land.

On October 13, 2015 A.D., during the proceedings of Denver County Court Case Numbers 15CW00004 and 15M01412, STATE OF COLORADO Defendants violated Plaintiff Steven Dean, Byfield's Creator endowed unalienable rights. Plaintiff, while bearing witness to acts of treason, was assaulted, battered, kidnapped, and imprisoned by the Defendant(s), and taken to Denver County Jail, 490 W. Colfax Avenue, Denver, Colorado, against his free will under a system of peonage imposed upon him by the named Defendants(s) and others who deny the power of the Constitution and defy the Thirteenth Amendment enforced by the authorities of 14 Stat. 27 and 14 Stat. 546 codified as 42 U.S.C. § 1994 and 18 U.S.C. § 1581 *et seq*. As a political prisoner, without bail, the restraint and imprisonment of the Plaintiff is without jurisdiction, unlawful and illegal to wit;

Plaintiff, not an officer of the Court, was denied document material Truths self-evident in equal Protection of Life, Liberty, and Property to call compulsory any public servant (civil Officers) without due process of law; C 1-8-2, C 1-8-17 and 18, C 1-9-3, C 2-4-1, C 3-2-2, C 4-1-1 throughout C 4-4-1, C 6-2, C 6-3, the 1st, 2nd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendments to the 1789 Constitution of the United States;

The doctrine of Legal acumen is that if a defect in, or invalidity of, a claim to land in such as to require, Legal acumen to discover it, whether it appears upon the face of the record or proceedings or is to be proved aliunde, then the powers or jurisdiction of a court of equity may be invoked to remove the cloud created by such defect or invalidity.

I / we certify under penalties of perjury that I / we have grounds to, and do believe that the above accused person(s) committed the above offense(s) contrary to law, and by the authority of the U.S. Constitution do hereby declare to be under Citizen's Arrest, the actual physical arrest to be by the Continental United States Marshall. (See Title 42 Sections 1983 – 1989.)

I certify that the foregoing is True Correct, Complete and Not Misleading to the best of my knowledge so help me GOD.

Sign Here: _____ Date: 1 November 2015

Witness: _____  Witness: _____

## CRIMINAL COMPLAINT (Cont.)

---

**ARTICLE 6, CONSTITUTION FOR THE UNITED STATES:**

"**THIS CONSTITUTION,** and the laws of the United States of America which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States of America, **SHALL BE THE SUPREME LAW OF THE LAND;** and the judges in every state shall be bound thereby, anything in the Constitution or laws of any state to the contrary notwithstanding." ...

---

**INSTRUCTION: Mark the boxes below where you believe the Law has been violated.**

| THIS SIMPLIFIES AND CODES U.S. CONSTITUTIONAL LAWS AS SHOWN FOR BETTER AND MORE COMPLETE UNDERSTANDING FOR ALL. (SEE NEXT BOX) | 101/OC – **O**bligation of **C**ontracts<br>└ Clause 1      AM14.1/EP – **E**qual **P**rotection<br>└ Section 10       └ Section 1<br>└ Article 1       └ Amendment 14 |

---

**I. PROTECTIONS OF YOUR BASIC RIGHTS** - (You can add more, such as attachments on the line below labeled "other")

- **X** **AM1/FR** No law shall be made limiting my freedom of religion and how I apply it to my life (conscience).
- **X** **AM6/AC** The accused may have the assistance of anyone/anything in the presentation of his defense.
- **X** **AM6/AC, AM1/FR** It is up to me to choose and have as counsel whoever can best understand and represent my conscience (what I think is right or wrong).
- **X** **AM 13.1/S, IS** No law-abiding person shall be forced to do anything he does not want to do.
- ___ OTHER: _____

**II. GUARANTEES OF AN HONEST GOVERNMENT THAT GIVES FAIR AND EQUAL PROTECTION FOR ALL**

- **X** **AM1/FS** No law shall limit my freedom of speech - I can say whatever I believe - especially if required (when someone requires me to tell the Truth, the whole Truth, and nothing but the Truth...).
- ___ **AM1/FP** No law shall limit freedom of the press - or my freedom to express my ideas in writing or printing.
- **X** **AM6/INFO** The accused must be informed why he is on trial (and the nature and cause of the complaint).
- ___ **AM6/WA** The accused must be confronted by all witnesses against him.
- **X** **AM6/WF** The accused has the right to compulsory process to get all people or materials in his favor.
- **X** **AM6/PT** In all trials involving the threat of jail, the accused shall have a public trial by a jury of their peers (including friends).
- **X** **AM5/IN** No person shall be held to answer for any serious crime without a Grand Jury indictment.
- **X** **AM14.1/CUS** All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constitution.
- **X** **AM14.1/EP** All persons shall be equally protected and restricted by the law.
- ___ **421/UP, UI** People of each state can do anything that is allowed in any other state.
- ___ **411/ARP** No state shall refuse to acknowledge the actions and records of other states.
- **X** **AM14.1/CP, CI** No state shall make or enforce any law limiting rights guaranteed in the U.S. Constitution.
- ___ OTHER: _____

**III. GUARANTEES OF REASONABLE ENFORCEMENT OF YOUR RIGHTS**

- **X** **AM4/PS** I am safe from unwarranted searches/seizures of myself, or anything mine (or my responsibility).
- **X** **AM4/W, PC** Any action taken against me must be fully described to me in writing, issued by a court of law (not an agency - like IRS), signed by a judge (not an agent - like IRS), and sworn on oath.
- ___ **101/OC** No state shall pass any law impairing the obligation of contracts.
- ___ OTHER: _____

**IV. GUARANTEES OF DUE PROCESS (ACTION/REACTION PROCESS THAT PROVIDES JUSTICE FOR ALL)**

- **X** **AM5/DP** No person shall be deprived of anything without a fair trial based on Constitutional law.
- **X** **AM14/DP** No State shall deprive anyone of anything without a fair trial based on Constitutional law.

16

## CRIMINAL COMPLAINT (Cont.)

    __X__ 192/H C I have a right to further court process if I have been unlawfully confined (Writ of Habeas Corpus).
    __X__ 322/SCA I have a right to appeal my case to a higher court.
    ____ OTHER: _____

### V. PROTECTIONS AGAINST UNREASONABLE GOVERNMENT BEHAVIOR (OVER CONTROLLING YOUR LIFE)

    ____ 193/XL No law shall be passed today that can punish me for something I did yesterday (no retroactive laws).
    ____ 101/XL No state shall pass any law today that can punish me for something I did yesterday (ex post facto).
    ____ 411/CPE Congress determines the effect of state legal processes.
    ____ AM5/DJ No person shall suffer more than once for the same offense.
    __X__ 101/LMR No state shall declare war on a person (resort to force) in violation of the Constitution.
    ____ AM8/XB No excessive bail shall be required - bail shall be proportional to crime.
    ____ AM8/XF No excessive fines shall be imposed - fines shall be proportional to crime.
    __X__ AM8/CP No cruel punishment (torture) shall be inflicted on anyone.
    __X__ AM8/UP No unusual punishment shall be inflicted - there shall be equal suffering for equal crimes.
    ____ OTHER: _____

### VI. PROTECTIONS AGAINST GOVERNMENT SECRECY — WHICH FORCES GOVERNMENT TO BE HONEST

    ____ AM6/INFO, AM14.1/EP I may require as much in writing as is required of me.
    __X__ 311/GB All judges may only hold office during their good behavior (lawful, patient, dignified, courteous, etc.).
    __X__ AM5/JC No one shall give up or lose anything (taxes) for public gain without fair compensation.
    __X__ AM7/JT All trials not involving the threat of jail, and involving over $20 shall be tried by jury of peers.
    __X__ AM6/ST, PT All trials involving the threat of jail shall be speedy and public.
    __X__ 323/JT All trials involving the threat of jail shall be by jury of peers (including friends).
    ____ 323/TIS Trial must be in the state where the crime was committed.
    __X__ AM6/IJT A jury must impartially rule on facts (even ruling against any law they believe unfair).
    ____ AM6/TWC A jury must be of the state and district where the crime was committed.
    ____ AM6/DPA The trial district must be pre-established by law to insure a fair sampling of people in the jury.
    ____ 101/GS Money is legal tender ONLY if it is made of, or exchangeable at a bank for, silver or gold.
    ____ 101/GS, TD No state shall make anything but silver or gold legal tender for payment of debts.
    ____ 101/CM No state is allowed to coin or print money.
    ____ 101/EBC No state is allowed to print anything to be used in the place of money.
    ____ 101/OC No state is allowed to weaken the dollar bill's obligation to be exchangeable for silver or gold.
    ____ 185/CM Only Congress can coin money (not Federal Reserve, which is an unlawful private corporation).
    ____ 185/VM Congress has valued Money at 412.5 grains of standard silver (or equivalent gold) to the dollar.
    (Federal Reserve notes do NOT promise any silver or gold at all! So, they are unlawful and cannot be used in
    any transactions with the Government (payment of taxes, bail, fees, fines, court costs, etc.).
    ____ 186/PC Printing money without lawful authorization is counterfeiting; Congress must punish counterfeiters.
    __X__ 101/TN No state shall set anyone (including Bar Assoc., Esq., Nobility Title, etc.) above the Common Man.
    __X__ 101/TAC No state shall work against the U.S. Constitution with anyone (Bar Assoc., IRS, etc.).
    __X__ 431/NNS No controlling agency (Bar Assoc., IRS) shall be formed (or act) in violation of the U.S. Constitution.
    __X__ 331/TAU No controlling agency shall harass a U.S. Citizen (mixed war/treason).
    __X__ 111/SP Only Congress has the power to make laws.
    __X__ 311/SP Only courts can decide punishments and rewards with regard to the Supreme Law.
    ____ OTHER: _____

### VII. PROTECTIONS AGAINST GOVERNMENT COMPLETELY CONTROLLING YOUR LIFE (DOMINATION)

    __X__ AM5/WAH No person shall be forced to say or do anything that can be used against him later (for any reason).
    ____ AM3/QS No public servant shall be quartered in a house unlawfully or without owner's consent.
    __X__ 193/BA No person or group can make a law, judge on it, AND punish under it (this takes away ALL rights).
    __X__ 101/BA No state shall allow any person or group to make a law, judge on it, AND punish under it.
    ____ OTHER: _____

20

## CRIMINAL COMPLAINT (Cont.)

### VIII. GUARANTEES THAT IF SOMETHING IS WRONG, YOUR GOVERNMENT MUST DO SOMETHING

___  AM14.1/CUS All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constition.
_X_  AM14.4/PDQ) Taxes (public debt) spent for unlawful purposes may be questioned.
_X_  197/N UW No money may be withdrawn from the Public Treasury for unlawful purposes.
___  AM16/TX Congress has the power to lay and collect taxes only for lawful purposes.
_X_  AM5/JC No one shall give up or lose anything (taxes) for public gain without fair compensation.
_X_  AM1/PA, RG I may assemble peaceably with others to ask the Government to protect my rights.
___  AM24/VPT The right to vote may not be denied to anyone because they fail to pay taxes.
_X_  AM9/ER All rights belong to the people: some are stated, some are not.
_X_  AM10/PR All government power comes from the consent of the people governed.
_X_  AM5/DP No person shall be deprived of anything without a fair trial of peers based on Constitutional law.
_X_  AM14/DP No state shall deprive anyone of anything without a fair trial of peers based on Conststitution law.
___  441/GRG The U.S. guarantees a system of laws to protect the majority AND minority.
_X_  612/SL "This Constitution is the Supreme Law of the Land."
_X_  613/BO All law makers, court officials, and enforcement officers are bound by oath to the U.S. Conststitution.
___  218/OATH The President's oath is to "faithfully execute" his office and "defend the U.S. Constitution."
___  231/GX The President shall "take care that the laws be faithfully executed (enforced)."
_X_  612/JB All judges are bound by oath to support the United States Constitution.
___  441/PAI The U.S. will protect every U.S. Citizen against any attack upon themselves or their rights.
___  441/PADV The U.S. will protect every U.S. Citizen against local attack upon themselves or their rights.
___  AM2/KBA The right of people to keep and bear arms shall never be limited or infringed.
_X_  AM14.3/HO, IR No person shall hold office if he rebels against or violates the U.S. Constitution (treason).
___  OTHER: _____

### IX. GUARANTEES THAT IF SOMETHING IS WRONG, WHAT THE GOVERNMENT IS REQUIRED TO DO

___  241/IMP Any government employee (except Military) may be impeached.
___  136/STI Only the Senate shall try impeachments.
___  136/SCI Only the Senate shall convict in cases of impeachment.
___  137/JI Impeachment bars one from office.
___  137/LSL The impeached shall be subject to trial and punishment like anyone else.
___  331/TC It takes at least two witnesses (see below) or a confession in court to convict anyone of treason.
___  332/TP Congress shall decide the punishment for treason.
___  AM14.3/RD Congress shall impeach anyone who rebels against or violates the U.S. Constitution.

**THEREFORE, the Court shall judge according to 16 AM JUR 2D 177, 178.**

___  321/JUC The Court's power reaches into all cases involving the U.S. Constitution or any laws made under it.
___  321/JUP The Court's power shall extend to any case involving the United States as a party.
___  OTHER: _____

  13

### TITLE 18 SECTION 241 - (18 USC 241) - CONSPIRACY AGAINST THE RIGHTS OF CITIZENS

If two or more persons conspire to injure, oppress, threaten, or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway or the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - they shall be fined not more than $10,000 or imprisoned not more than 10 years, or both: and if death results they shall be subject to imprisonment for any term of years or for life.

16+20+13=49

Steve Dean Byfield - Ledgered summation
Case Numbers 15CW00004 and 15M01412

| | |
|---|---:|
| Number of violators in event (at least) | 20 |
| Number of Constitutional Violations in the event | 49 |
| U.S. Code Establishing Fair Market Value | 18 USC 241 |
| per violation of U.S. Constitution | $ 10,000.00 |
| Damage of Each Event = B4*B6 | $ 490,000.00 |
| Number of Injured Parties | 1 |
| Total Injury/Damage per violation event | |
| Period of each Violative event = days | 3 |
| Total Injury Damage per day: d =B7*B8/B10 (no interest included) | $ 163,333.33 |
| Total period of successive violative event: (10/13/15 through 10/29/15): n = days | 17 |
| arraignment period (B16/B10) (repeated offenses) | 5.7 |
| Value of damage: D =B7*B8*B17 D (no interest included) | $ 2,776,666.67 |
| R is the interest per annum | 12% |
| r is the interest per day r = R/325.25 | 0.000328542 |
| Interest compounded daily = In In = [1 + (1/2*R)*(n/365.25) | 1.002792608 |
| Dn is damage with interest compounded daily is given for the n-th day Dn = (d)(n)(In) | $ 2,784,420.81 |

*The Lien Debtors have violated the law (U.S. Construction, etc.) by the forty nine (49) foregoing acts and omissions, and are severally and jointly assessed pursuant to the Constitution for the United States of America and pursuant to the Statutes of the United States Code for their acts and omissions in the amount of at least FOUR THOUSAND NINETY DOLLARS ($490,000), per actual (not proxy) Lien Claimant, per three (3) day cycle (Jewish arraignment period) of unlawful imprisonment arising from Case Numbers 15CW00004 and 15M01412 as set forth and ledgered in the attached Criminal Complaint which was filed with the United Sates District Court on November 3rd, 2015. THEREFORE, the total value of this Lien after (17 days - 5.7) arraignment periods) at $163,333.33 per day equal to $490,000 per arraignment period of unlawful imprisonment of one (1) Lien Claimants is given by the formula "Lien Claimants 5.7 arraignment periods 1 X 10 X $490,000--- TWO MILLION SEVEN HUNDRED EIGHTY FOUR THOUSAND FOUR HUNDRED TWENTY DOLLARS AND EIGHTY ONE CENTS ($2,784,420.81). Now the reader understands the commercial meaning and importance of a "speedy trial" and "due process of law".*



**Asseveration**        15M0141

We, six of the People, do solemnly swear to our Creator and the People in united States of America that:

We were present in Courtroom 3D of the Denver County Court located at 520 West Colfax in Denver, Colorado on 13 October 2015 at approximately 9:30 AM in the morning.

We witnessed 'acting' Judge Alfred Conway Harrell Jr, Active BAR Registration 4013, committing acts of treason. He contemptuously dishonored, violated and warred against the Constitution for the united States of America, 1789, making the following statements contrary the Constitution: stating that it is a living document when it is self evident that it is an ironclad contract, in writing, enforceable in a Court of Law; stating that we live in a Constitutional Democracy yet the People never ratified any changes to the original, organic Constitution which says in Article IV, Section 4 "The United States shall guarantee to every State in this Union a Republican Form of Government...." and clearly in rebellion against the Constitution stated that he had sworn an Oath to the 'Amended' Constitution.

We then witnessed another act of treason by Harrell who then ordered the arrest of Superior Court Justice Steven Dean, Byfield, a clear case of witness tampering.

Here are the details:

stephen-john: nalty appeared in Courtroom 3D for a jury trial regarding two traffic offenses. When his name was called, he proceeded up to the podium. Immediately, nalty said "I am a private natural man Standing on the Land, sui juris. I am making a special limited appearance under threat, duress and coercion on behalf of the defendant who is right here (He held up his birth certificate) We give you no consent therefore you cannot proceed. You must dismiss." nalty was prevented from continuing by Harrell who said "You will have your chance to speak." The prosecuting attorney, Katherine V. Kirk, Active BAR Registration 47721, requested permission from Harrell to serve papers on nalty. She explained that A Cease & Desist Order had prevented her from serving him prior to his appearance. She then explained that some of 'her' witnesses were unavailable. nalty then began to speak and was admonished by Harrell for interrupting and assured again that he would be given a turn to speak. This happened several times. Harrell talked about being courteous and respectful yet continuously cut nalty off when it was his turn to speak. Kirk wanted a continuance to a later date. nalty was given a chance to speak. He said "Our Law is the Constitution for the united States of America, 1789. District Attorney, do you have a problem with

this? Yes or No?" Harrell jumped in admonishing nalty again saying that he was not to address Kirk, that it had to go through him. nalty then asked "Bench do you have any problem with this. Yes or No?" Harrell then said he does not answer yes or no questions. nalty asked Harrell if he had sworn an Oath of Office to support the Constitution for united States of America, 1789. Harrell said he had sworn an oath to the "amended Constitution." Then Harrell droned on about the Constitution being a living document, about how it is no longer 1789, about how he does enforce the law and about us living in a Constitutional Democracy. Kirk proceeded onward with her attempt to get the trial delayed. Harrell asked nalty if he would be available on November 10th. nalty said "I do not consent." Harrell then interrupted nalty again and scheduled a trial for November 10th. nalty then said "I bear witness to treason." nalty then turned around and asked those in courtroom "Does anyone else bear witness to treason?" Many people rose to their feet and said that they "bear witness to treason." Harrell then ordered "Those standing, sit down." Superior Court Justice Steven Dean, Byfield, who was Standing on the Law, began to speak. Harrell said "Arrest that man." A Deputy Sheriff with a perplexed look on his face then reluctantly proceeded toward Justice Byfield who was in the back row near the corner. Harrell then barked out "Contempt, 30 days, arrest that man." Another Sheriff Deputy came into the room and helped arrest Byfield. nalty was instructed to wait in the jury box for paperwork for his November 10th jury trial.

19 October 2015 A.D.

When standing to bear witness to treason, Superior Court Judge Steven Dean, Byfield informed acting judge Harrell that the proceedings were in fact "not a lawful court". Administrator Harrell retaliated against him and ordered him abducted without due process of law.

D.D.

Superior Court Justice Bruce Doucette
'Juris Divine, Juris Privati, sui juris'

_____
Brian T. Nalty
Witness ~ One of the People

_____
Witness ~ One of the People

_____
Witness ~ One of the People

_____
Witness ~ One of the People

_____
Witness ~ One of the People

I Steven Dean, Byfield a Private natural man, one of the People within the Colorado state Rubulic. & is one of the creators by Birthright, knowing adoption & Pulbic utterences have Declared the Declaration of Indpendence, 1776, and the Constitution for the united states of America 1789. as my Law to Govern my creation called Government. That is at all levels of Government.

I have been attacked & agrieved for standing on my Law.

In open court Court Room 3D in Denver, Colorado state I Bentek witnessed treason by Denver County Judge Alfred Harrell when he Refused to follow the Constitutions he is bound by. He declared he was above the People, That we are a democarcy & not a Republican form of Government as is Gouranteed by Article 4 section 4 in the Counstitution for the united states of America 1789. In the non-constitut, non-Judicbal Court of Herrell, he thinks the Legislature is above the People

Harrell has said I was in contempt of his Court. I as one people is the owner of the Court. Harrell only has one Duty is to secure my unalienable Rights endowed by my Creator.

" How can Harrell secure my unalienable Rights & violate my unalienable Rights secured by the Constitutions? Since it is Impossible It is unlawful.

Harrell has not have a vaild Oath of Offcie as Required by the Colorado Constitution 1876.

Article XIV section 8 Requires Harrell To take an Oath of Office.

The Schedule sections 2 & 22 to have a Perssional Reconige Bond & official Bond.

Harrell has no proper Oath of office & Bond filed with Denver County Clerk & Recorder as Required by Article 12 section of the Colorado Constitution 1876.

Futher the Colorado Constitution 1876 at Article 12 section 10 states that if he "Harrell" did not Qualify for office within the Time perscribed by Law his office is vacant. The General Law of Colorado 1877 states the same requirements.

I have Lost my Liberty for Standing on the Truth & the Law.

Harrell is aragunt, Incompetent and Insobation in his Duties he Owes to the People as his office was Created under Article VI of the Colorado Constitution 1876.

It is my Duty to be watchful over my Creation to make sure that our Public Servants are obeying their Oath of office.

I have taken an Oath to Defend
my Country and Constitution aginst

all forgein and Domestic Enemies. The oath has no Experation Date. The Declartion of Independece 1776. Demands that all Governments Secure my unalienable Rights. My unalienable Rights Come from my Creator and not Government my Liberty has been taken for standing on my law to hold Government Responsible when they have taken Sworn oath to up Hold the Supreme law of The Land. As God is my witness this is the truth the whole truth and nothig but the Truth So Help me God.

One of the people

Stewart Dean, Byfii

2016150989
Page: 8 of 8
D50.00
R58.00 MIS
10/27/2016 11:39 AM
City & County of Denver